**Dismissed and Opinion Filed May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00340-CR

**BRIAN MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 31995CC**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Myers and Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
160340F.U05

S

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIAN MARTIN, Appellant

No. 05-16-00340-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court At Law No. 1, Kaufman County, Texas
Trial Court Cause No. 31995CC.
Opinion delivered per curiam before Chief Justice Wright and Justices Myers and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 17, 2016.